IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL E. WYATT, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOHNNY OWENS, *et al.*, )<br>    Defendants. ) | Civil Action No. 7:14-cv-492<br><br>**FINAL ORDER**<br><br>By:    Norman K. Moon<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ADJUDGED AND ORDERED

that Defendants' motion for summary judgment (docket no. 25) is **GRANTED IN PART AND DENIED IN PART**; the motion is **GRANTED** with respect to all claims against defendants William Harris and M. D. Pickeral, who are hereby **TERMINATED** from this action, but the motion is **DENIED** with respect to all claims against defendants Johnny Owens, Allen Shelton, and Scott Wyatt.

    The clerk is **DIRECTED** to set this matter for a jury trial in the Danville Division at the Court's earliest convenience.

    The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to Plaintiff.

    ENTER: This __20th__ day of August, 2015.

    _____
    NORMAN K. MOON
    UNITED STATES DISTRICT JUDGE