# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL E. WYATT, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:14cv00492 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHNNY OWENS, *et al.*, | ) | By: Robert S. Ballou |
|     Defendants. | ) | United States Magistrate Judge |

In accordance with the hearing held today, it is hereby **ORDERED** that:

1. Plaintiff's motions to amend (Docket Nos. 71 and 72) are **DISMISSED** as moot.

2. Plaintiff's motion to amend (Docket No. 83) is **TAKEN UNDER ADVISEMENT**.

3. Plaintiff's motion to compel (Docket No. 65) is **TAKEN UNDER ADVISEMENT**. Defendants' maintain that they have provided the requested documents. Plaintiff shall have seven days to review the documents and raise any additional arguments.

4. Defendant's motion to quash (Docket No. 70) is **DENIED in part and GRANTED in part**. The motion to quash is denied as to the subpoenas *duces tecum* issued to the City of Danville Commonwealth's Attorney's Office, the Pittsylvania County Commonwealth's Attorney's Office, the Pittsylvania County Sherriff's Office, and WSET-TV. To the extent the discovery sought in the subpoenas *duces tecum* has not yet been provided, the City of Danville Commonwealth's Attorney's Office, the Pittsylvania County Commonwealth's Attorney's Office, the Pittsylvania County Sherriff's Office, and WSET-TV shall provide the requested discovery within ten days. The motion to quash is granted as to all other issues.

5. The Clerk is directed to send copies of this order to the parties.

    Enter: September 28, 2016

    */s/ Robert S. Ballou*

    Robert S. Ballou
    United States Magistrate Judge