IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL E. WYATT, | CASE NO. 7:14-CV-00492 |
| *Plaintiff,* | |
| v. | ORDER |
| JOHNNY OWENS, ET AL., | |
| *Defendants.* | JUDGE NORMAN K. MOON |

This matter is before the Court upon Defendants' Motion for Summary Judgment and Motion *in Limine*. (Dkts. 73, 75). For the reasons stated in the accompanying memorandum opinion, Defendants' Motion for Summary Judgment is **DENIED**, and Defendants' Motion *in Limine* is **DENIED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to Plaintiff, the Defendants, and all counsel of record.

Entered this  12th  day of October, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

1