IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL E. WYATT,<br><br>          *Plaintiff,*<br><br>v.<br><br>JOHNNY OWENS, ET AL.,<br><br>          *Defendants.* | CASE NO. 7:14-CV-00492<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court upon Plaintiff's Motion for Reconsideration of Order Denying Plaintiff's Motion to Amend. (Dkt. 99). For the reasons stated in the accompanying memorandum opinion, Plaintiff's motion for reconsideration is **DENIED**, and the hearing on the motion is hereby canceled, as it would not be helpful to the Court's decision making.

The Clerk of the Court is hereby directed to send a certified copy of this Order to Plaintiff, Defendants, and all counsel of record.

Entered this  10th   day of November, 2016.

                                                                                    */s/ Norman K. Moon*
                                                                                    NORMAN K. MOON
                                                                                    UNITED STATES DISTRICT JUDGE