CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 20 2017

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

Jury Question #1

We ~~нее~~ heard mentioned earlier in case that in VA, "in control" means that suspect is handcuffed & in custody. Is this law or just a accepted view across VA law enforcement agencies?

*[signature]*
Foreman

Answer to Jury Question #1

I have instructed you on the law applicable to the case. That is the only law you should consider. The words "in control" are not to be given any special meaning.

*[signed]*
Judge
6:20 P.M. 4/20/17