CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 20 2017

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

MICHAEL WYATT,

*Plaintiff,*

v.

JOHNNY OWENS, *ET AL.,*

*Defendants.*

CASE NO. 7:14-cv-00492

Judge Norman K. Moon

### JURY VERDICT FORM

We, the jury, unanimously find the following by a preponderance of the evidence:

**I.    Excessive Force:**

1.  Did the Defendant, Johnny Owens, use excessive force in apprehending, arresting, and restraining Mr. Wyatt?

    _____ Yes.                    __X__ No.

2.  Did the Defendant, Scott Wyatt, use excessive force in apprehending, arresting, and restraining Mr. Wyatt?

    _____ Yes.                    __X__ No.

3.  Did the Defendant, Robert Worsham, use excessive force in apprehending, arresting, and restraining Mr. Wyatt?

    __✓__ Yes.                    _____ No.

If your answers to all questions under Roman numeral I are "No," then stop at this point and enter judgment for all Defendants by selecting the instruction below. However, if your answers to any of the questions under Roman numeral I are "Yes," then proceed to Roman numerals II and III regarding damages.

_____ Having found that Defendants, Owens, Wyatt, and Worsham, did not use excessive force in arresting and restraining Mr. Wyatt, we the jury enter judgment for all Defendants.

Jury Verdict Form, page 2

II.    **Compensatory Damages:**

As a result of the excessive force used in apprehending, arresting, and restraining Mr. Wyatt, he sustained damages in the amount of ___$ 50,000___.

The compensatory damages are attributed to the Defendants in the following proportions (totaling 100%):

___0___ % attributed to Johnny Owens.

___0___ % attributed to Scott Wyatt.

___100___ % attributed to Robert Worsham.

III.    **Punitive Damages:**

1.  Did Robert Worsham either know that his actions violated federal law or act in reckless or callous indifference to Plaintiff's safety or rights?

    ___X___ Yes.              _____ No.

2.  If you answered "No" to question 1, stop at this point and return this form to the Court.  If you answered "Yes" to question 1, do you wish to award punitive damages?

    ___X___ Yes.              _____ No.

3.  If you have decided not to award punitive damages, stop at this point and return this form to the Court.  If you have decided to award punitive damages, complete the following:

    We the jury, award Mr. Wyatt punitive damages against Robert Worsham in the amount of ___$ 100,000___.


_____  4-20-17        _____
FOREPERSON'S SIGNATURE AND DATE              FOREPERSON'S PRINTED NAME
                                             Christopher Ford

2