IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL E. WYATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 7:14cv492 |
| ) | |
| JOHNNY OWENS, et al. ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michael E. Wyatt, by counsel, and Defendants Allen Shelton and Thomas Nicholson, by counsel, hereby stipulate to the dismissal with prejudice of this action against Defendants Nicholson and Shelton only. Each party shall bear their own costs, including attorneys' fees, with respect to this stipulation of dismissal.

1

Dated: April 27, 2017

Respectfully submitted,

/s/ Morgan Branch
Gordon D. Todd
Benjamin Beaton
Morgan Branch
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
T: (202) 736-8000
F: (202) 736-8711
mbranch@sidley.com

*Counsel for Michael E. Wyatt*

Jim H. Guynn, Jr.
Theresa Joan Fontana
Guynn & Waddell, PC
415 S. College Avenue
Salem, VA 24153
T: (540) 387-2320
F: (540) 389-2350
jimg@guynnwaddell.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2017 I caused a copy of the foregoing Stipulation of Dismissal to be served via ECF on the following counsel:

Jim H. Guynn, Jr.
Guynn & Waddell, PC
415 S. College Avenue
Salem, VA 24153
T: (540) 387-2320
F: (540) 389-2350
jimg@guynnwaddell.com

*Counsel for Defendants*

    /s/ Morgan Branch