| | |
|---|---|
| MICHAEL E. WYATT,<br><br>    *Plaintiff,*<br><br>v.<br><br>JOHNNY OWENS, *ET AL.*,<br><br>    *Defendants.* | CASE NO. 7:14-CV-00492<br><br><br>FINAL JUDGMENT<br><br><br>JUDGE NORMAN K. MOON |

This case, brought pursuant to 42 U.S.C. § 1983 by Michael E. Wyatt, concerns whether Johnny Owens, Scott Wyatt, and Robert Worsham used excessive force while arresting Plaintiff on July 3, 2012. A jury trial was held on April 18–20, 2017, and the jury rendered its verdict.

Therefore, in accordance with the jury verdict, it is **ORDERED, ADJUDGED, and DECREED** as follows:

- Judgment is entered in favor of Defendants Johnny Owens and Scott Wyatt and against Plaintiff Michael E. Wyatt;

- Judgment is entered in favor of Plaintiff Michael E. Wyatt and against Defendant Robert Worsham in the amount of **fifty thousand dollars ($50,000)** in compensatory damages and **one hundred thousand dollars ($100,000)** in punitive damages.

The Clerk shall send a copy of this Judgment to Plaintiff, Defendants, and all counsel of record. The case is hereby **TERMINATED** from the Court's active docket.

Entered this 28th day of April, 2017.

                                                */s/ Norman K. Moon*
                                                NORMAN K. MOON
                                                UNITED STATES DISTRICT JUDGE