IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL E. WYATT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:14cv492 |
| | ) |
| JOHNNY OWENS, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT WORSHAM'S MOTION FOR EXTENSION**

Defendant Robert Worsham, by counsel, moves for an extension of time to file response to plaintiff's motion for attorney fees and in support thereof states as follows:

1. Plaintiff filed a motion for attorney fees on May 19, 2017.

2. Pursuant to local rule, Worsham's response is due on June 9, 2017.

3. Counsel for Worsham is out of town on a previously planned vacation from May 27 through June 3, 2017.

4. Worsham requests that the time for filing his response to the motion for attorney fees be extended to June 16, 2017.

5. Counsel for Worsham has discussed this matter with counsel for Wyatt and counsel for Wyatt does not object to this motion.

Wherefore, Defendant Robert Worsham respectfully asks the court to enter an order extending his time to file his response to the motion for attorney fees to June 16, 2017.

ROBERT WORSHAM

By /s/ Jim H. Guynn, Jr.
Jim H. Guynn, Jr. (VSB # 22299)
Guynn & Waddell, P.C.
415 S. College Avenue

1

Salem, Virginia  24153
Phone: 540-387-2320
Fax:     540-389-2350
Email: jimg@guynnwaddell.com
*Attorney for Defendant Robert Worsham*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 5th day of June, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Gordon D. Todd, Esq.
Benjamin Beaton, Esq.
Morgan Branch, Esq.
Sidley Austin, LLP
1501 K Street, NW
Washington, DC 20005
gtodd@sidley.com
bbeaton@sidley.com
mbranch@sidley.com

/s/ Jim H. Guynn, Jr.
Jim H. Guynn, Jr. (VSB # 22299)
Guynn & Waddell, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:     540-389-2350
Email: jimg@guynnwaddell.com
*Attorney for Defendant Robert Worsham*