IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL E. WYATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 7:14-CV-00492 |
| ) | |
| JOHNNY OWENS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Having considered the Parties' Motion For An Extension of Time (Dkt. No. 198), submitted through counsel, it is hereby ORDERED that the Motion is GRANTED and the parties shall file objections to the Report and Recommendation no later than March 6, 2018.

Entered: February 1, 2018

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge