IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL E. WYATT,<br><br>*Plaintiff,*<br><br>v.<br><br>JOHNNY OWENS, *ET AL.*,<br><br>*Defendants.* | CASE NO. 7:14-CV-00492<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff's motion for attorney's fees, (dkt. 181), and the report and recommendation regarding that motion. (Dkt. 197). The parties have advised the Court that they have settled and resolved the claims, rendering the motion for attorneys' fees and report and recommendation **MOOT**. The court shall retain jurisdiction over this matter for 45 days to allow the parties to submit a final order with regard to settlement

The Clerk of the Court is hereby directed to send a certified copy of this Order to Plaintiff, Defendants, and all counsel of record.

Entered this __5th__ day of March 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE