IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL E. WYATT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 7:14cv492 |
| JOHNNY OWENS, et al., | ) ) ) |
| Defendants. | ) |

## SATISFACTION OF JUDGMENT

Judgment was rendered in favor of Plaintiff Michael Wyatt and against Defendant Robert Worsham in the above-entitled action, on April 28, 2017, in the sum of $150,000, and for costs and attorneys' fees. Michael Wyatt acknowledges payment of said judgment, costs, attorneys' fees, and interest in full and desires to release this judgment and hereby fully and completely satisfy the same.

_____
Michael Wyatt

Subscribed and sworn to me by Michael Wyatt, this 26 day of March 2018, 2018.

Given under my hand and notarial seal.

_____
Notary Public

Registration No. 7579005

My Commission expires: 3-31-18